Bachecki, Crom & Co., LLP, CPA's
Jay D. Crom, Certified Public Accountant
180 Montgomery Street, Suite 2340
San Francisco, CA 94104-4203
Telephone: (415) 398-3534

Proposed Accountants for Debtor,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

JOHN FREDERICK DIXON,

              Debtor(s).

Case No. 09-11851
Chapter 11

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

TO: THE HONORABLE ALAN JAROSLOVSKY,
     UNITED STATES BANKRUPTCY JUDGE

    1. John Frederick Dixon ("Applicant") is the duly appointed, qualified and acting Chapter 11 Responsible Person herein.

    2. The Applicant deems it to be in the best interest of this estate to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Accountant") as the Debtor's accountant to prepare and file tax returns; to perform tax analysis; to assist with filing of monthly operating reports and other accounting requirements; to assist with development and implementation of Chapter 11 plan; to analyze as to avoidance issues, if necessary; to serve as Debtor's general accountant and to consult with the Debtor and the Debtor's counsel as to those matters during the Chapter 11 proceeding.

    3. The accountant has indicated a willingness to perform the services required by the Applicant. The Applicant desires an order authorizing the Debtor to pay the Accountant for services rendered and costs and expenses advanced or incurred in the rendering of such services

after a hearing duly noticed to creditors or other parties in interest, the United States Trustee and subject to review for reasonableness by this Court. The normal billing rates for the Accountant are as follows:

| | |
|---|---|
| Partners | $340-410/hour |
| Senior Accountant | $260-310/hour |
| Junior Accountant | $120-180/hour |

4. The Applicant has investigated the qualifications of the Accountant. The Applicant is informed and believes, and based thereon allege, that except as disclosed in the Accountant's declaration, neither the Accountant nor its employees have any connections with the debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors. Bachecki, Crom & Co., LLP, CPA's, discloses the following information in the event that it is considered a connection: Bachecki, Crom & Co., LLP, CPA's serves as the tax preparer for Michael Cooper, a member of the law firm representing the Debtor in this case.

5. Bachecki, Crom & Co., LLP, CPA's has requested and received a $10,000.00 retainer paid from the Debtor's post petition earnings.

6. To the Applicant's best information and belief, the Accountant does not hold an interest adverse to the estate, and they are disinterested persons as required by 11 USC Section 327(a).

7. The Applicant is informed and believes, and based thereupon alleges, that this is proper case for the entry of an order without notice to creditors in that the matters to be ruled upon are purely administrative in nature and any fees paid or to be paid will be subject to Court review after notice and hearing.

WHEREFORE, the Applicant prays that this court make and enter its order:

1. Authorizing the Applicant to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the accountant in this case during the Chapter 11 proceeding and during any subsequent Chapter 7 proceeding;

2. Authorizing the Applicant to pay the Accountant services rendered and for the costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to the Office of the United States Trustee, creditors and other parties in interest and subject to review for reasonableness by this court, and;

3. For such other relief as may be proper.

DATED:  July 14, 2009

/s/ John Frederick Dixon
John Frederick Dixon, Debtor

## DECLARATION IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

I, Jay D. Crom, hereby declare:

1. I am a certified public accountant in the State of California, and am a partner in the firm of Bachecki, Crom & Co., LLP, Certified Public Accountants.

2. I have held a license as certified public accountant for over twenty-seven (27) years. I also hold a certificate from the Association of Insolvency and Reorganization Advisors as a certified insolvency and reorganization advisor. I also hold a certificate as a Certified Fraud Examiner.

3. The accounting firm has extensive experience in providing financial investigation, tax preparation, bankruptcy accounting and financial advisory services.

4. To the best of my knowledge, information and belief, Bachecki, Crom & Co., LLP, has no connection, except as set forth herein, with any of the parties or interested persons in the within bankruptcy case: Bachecki, Crom & Co., LLP, discloses the following information in the event that it is considered a connection: Bachecki, Crom & Co., LLP, CPA's, serves as the tax preparer for Michael Cooper, a member of Wendel, Rosen, Black, & Dean, the law firm representing the Debtor in this case.

5. Bachecki, Crom & Co., LLP, CPA's has requested and received a $10,000.00 retainer from the Debtor's post petition earnings.

6. Except for the above disclosure and for employment by the Debtor in unrelated cases, neither the accounting firm, its members, nor its employees have connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, or the United States Trustee any other person employed by the office of the United States Trustee

7. That the accounting firm is not presently employed by any creditor of the estate; does not hold any interest adverse to the estate; and, the accounting firm, its officers and employees, are disinterested persons as defined by 11 USC sect 101(14), all as required by 11 USC section 327 (a).

Executed in San Francisco, California on <u>July 7, 2009.</u>

<u>/s/ Jay D. Crom</u>
JAY D. CROM

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

John Frederick Dixon ("Applicant"), the debtor herein, having filed the Debtor's Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 11 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Accountant") as the Debtor's accountant to prepare and file tax returns; to perform tax analysis; to assist with filing of monthly operating reports and other accounting requirements; to assist with development and implementation of Chapter 11 plan; to analyze as to avoidance issues, if necessary; to serve as Debtor's general accountant and to consult with the Debtor and the Debtor's counsel as to those matters for this estate at a fee subject to court approval.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the Debtor and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

Dated: July 24, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge