JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN (Bar No. 76950); rbk@jmbm.com
WALTER W. GOULDSBURY III, (Bar No. 240230); wwg@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Creditor ORIX CAPITAL MARKETS, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN FREDERICK DIXON,<br><br>Debtor. | CASE NO. 09-11851<br><br>Chapter 11<br><br>Date: October 2, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable<br>Alan Jaroslovsky<br>99 South E Street<br>Santa Rosa, California |

**OBJECTION BY ORIX CAPITAL MARKETS, LLC TO
CLAIMS OF EXEMPTION OF DEBTOR**

**INTRODUCTION**

ORIX Capital Markets, LLC ("ORIX"), by and through its counsel, hereby files Objection to Claims of Exemption of Debtor John Frederick Dixon ("Debtor") on the basis that Debtor has filed its Schedule C-Property Claimed As Exempt claiming an exemption in IRA Accounts (as defined below) with total aggregate values in excess of $1,160,000 utilizing Bankruptcy Code exemptions instead of California state law exemptions as required. As a result the exemptions claimed by Debtor in the IRA Accounts must be denied or Debtor must be requ[ired]

to file an Amended Schedule C.

## STATEMENT OF FACTS

On June 19, 2009, Debtor filed his Chapter 11 Voluntary Petition commencing above-referenced bankruptcy case ("Bankruptcy Case").

Thereafter, on June 26, 2009, Debtor filed in his Bankruptcy Case, inter alia, hi Schedule C-Property Claimed as Exempt ("Schedule C"), a true and correct copy of which is attached hereto as Exhibit 1. Pursuant to the Schedule C, Debtor claimed exemptions in an IR Rollover Account #2873-2979 with Charles Schwab & Co. and IRA Account #0053317700002 FiServe Investment Services (collectively, the "IRA Accounts") in the amounts of $1,093,490 $23,885, respectively.

In support of his claims of exemption in the IRA Accounts, Debtor cites 11 U.S Section 522 (b)(3)(C). On July 31, 2009, Debtor's 341 Meeting was held and concluded. Thu deadline for ORIX to file an objection to Debtor's claims of exemption pursuant to 11 U.S.C. Section 522 is August 31, 2009.

As a result, ORIX files this objection to preserve its rights pursuant to 11 U.S.C Section 522 (l).

## ARGUMENT

As set forth above, Debtor cites 11 U.S.C. Section 522 (b)(3)(C) as the statutor basis for claiming an exemption in the IRA Accounts and incorporating the Bankruptcy Code exemptions. However, "[o]nly the California exemptions--not the Bankruptcy Code exemptions--apply to individual California debtors" and a Debtor must cite the applicable California Code of Civil Procedure section in support of each claimed exemption (i.e. CCP 70 & 704.010-704.730). March, Ahart, & Tchaikovsky, California Practice Guide: Bankruptcy (R Group 2007) ¶5:751.

Specifically, California Code of Civil Procedure Section 703.130, provides, as follows:

> Pursuant to the authority of paragraph (1) of subsection (b) of Section 522 of Title 11 of the United States Code, the exemptions set forth in

Case: 09-11851  Doc# 47  Filed: 08/28/09  Entered: 08/28/09 13:58:01  Page 2 of 6
OBJECTION TO CLAIMS OF EXEMPTIO

subsection (d) of Section 522 of Title 11 of the United States Code (Bankruptcy) **are not authorized in this state.** (Emphasis added). Cal. Code Civil Proc. § 703.130.

Moreover, "all individual debtors filing bankruptcy in California must check th[e] adjacent to the reference to 11 USC § 522(b)(2) on Schedule C". March, Ahart, & Tchaikovsk[y] <u>California Practice Guide</u>: Bankruptcy (Rutter Group 2007) ¶5:751.

Here, Debtor did not check the box adjacent to the reference to 11 U.S.C. Secti[on] 522 (b) (2) on Schedule C as required, but rather checked the box adjacent to the reference of [11] U.S.C. Section 522 (b)(3). In addition, Debtor cited a Bankruptcy Code exemption provision [in] support of the claimed exemptions for the IRA Accounts and did not cite the requisite applicab[le] California exemption. As a result, ORIX and other creditors are left to guess which California exemption provision applies, if any, and whether the claimed exemptions in the IRA Accounts [are] valid. Debtor has not complied with the Bankruptcy Code and the California Code of Civil Procedure and its claimed exemptions in the IRA Accounts must be denied or Debtor must be required to file an Amended Schedule C that complies.

## CONCLUSION

Based on the foregoing, either the Debtor's claimed exemptions for the IRA Accounts must be denied, or in the alternative, Debtor must be required to file and Amended Schedule C that complies with requirements of the Bankruptcy Code and the California Code [of] Civil Procedure.

DATED: August 28, 2009

JEFFER, MANGELS, BUTLER & MARMARO [LLP]
ROBERT B. KAPLAN
WALTER W. GOULDSBURY III


By: /s/ Walter W. Gouldsbury III
    WALTER W. GOULDSBURY III
Attorneys for Creditor ORIX CAPITAL MARKE[TS] LLC

PRINTED ON RECYCLED PAPER

902803v1

EXHIBIT A

PRINTED ON RECYCLED PAPER

B6C (Official Form 6C) (12/07)

In re  John Frederick Dixon                                              Case No.  09-11851
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemp |
|---|---|---:|---:|
| **Real Property** | | | |
| Residence<br>300 Palm Avenue<br>Kentfield, CA | C.C.P. § 704.730 | 150,000.00 | 1,750,00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous goods and furnishings located at<br>300 Palm Avenue<br>Kentfield, California | C.C.P. § 704.020 | 2,500.00 | 2,50 |
| **Wearing Apparel** | | | |
| Miscellanous clothing | C.C.P. § 704.020 | 1,500.00 | 1,50 |
| **Interests in Insurance Policies** | | | |
| United of Omaha Life Insurance #BU1225080<br>'alue of $21,134 on 5/28/2010) | C.C.P. § 704.100 | 21,134.00 | 21,13 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA Rollover Account #2873-2979<br>Charles Schwab & Co.<br>101 Montgomery Street<br>San Francisco, CA 94104 | 11 U.S.C. § 522(b)(3)(C) | 1,093,490.00 | 1,131,71 |
| IRA Account #005331770002<br>FiServe Investment Services<br>717 17th Street, Suite 1700<br>Denver, CO 80217 | 11 U.S.C. § 522(b)(3)(C) | 23,885.00 | 32,52 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Monthly social security $1,865/mo.<br>(Not property of the estate) | 42 U.S.C.A. § 407 Not property of the estate | 1,865.00 | Unkn |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Acura 3.2CL | C.C.P. § 704.010 | 2,550.00 | 8,86 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Gateway FX530XG computer and fax/printer purchased in 2007 located at 300 Palm Avenue, Kentfield, CA | C.C.P. § 704.060 | 250.00 | 25 |
| Dell Latitude X200 Computer purchased in 2002 and located at 300 Palm Avenue, Kentfield, California | C.C.P. § 704.060 | 50.00 | 5 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Banl

Case: 09-11851    Doc# 47    Filed: 08/28/09    Entered: 08/28/09 13:58:01    Page 5 of 6

In re  **John Frederick Dixon**  Case No. __09-11851__
                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemp |
|---|---|---|---|
| Dell XPS410 computer and HP Laserjet 1520 printer purchased in 2007, Fujitsu scanner purchased in 2004, Canon B740 fax purchased in 2003, Konica 3135 photocpier purchased in 1995, typewriter, desk and 3 chairs, 3 file cabinets, credenza and 2 bookshevles all located at 851 Irwin Street, Suite 302, San Rafael, CA | C.C.P. § 704.060 | 3,500.00 | 3,50( |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Total: 1,300,724.00    2,952,04: