

**Signed: December 31, 2009**

```
_____
       ALAN JAROSLOVSKY
       U.S. Bankruptcy Judge
_____
```

1  Michael D. Cooper (Bar No. 42761)
   Elizabeth Berke-Dreyfuss (Bar No. 11465)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: mcooper@wendel.com
5
   Attorneys for Debtor-in-Possession
6  John Frederick Dixon

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 09-11851 |
| JOHN FREDERICK DIXON, | Chapter 11 |
| Debtor. | **ORDER OVERRULING OBJECTIONS TO CLAIMS OF EXEMPTION** |

   The Objection and Amended Objection (collectively, "Objections") filed by ORIX Capital Markets, LLC to the Debtor's Claims of Exemption of his Schwab and FiServ IRA Accounts came on for hearing on October 2, 2009 and December 3, 2009. Elizabeth Berke-Dreyfuss of Wendel Rosen Black & Dean LLP appeared on behalf of the Debtor, and Walter Gouldsbury of Jeffer, Mangels, Butler & Marmaro, LLP, appeared on behalf of ORIX Capital Markets, LLC. For the reasons stated on the record, and in the Memorandum on Objection to Claim of Exemption, and for good cause appearing therefore,

////

////

016079.0002\1404172.3     *ORDER OVER RULING OBJECTIONS TO EXEMPTION*     1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The Objections to Claims of Exemption filed by ORIX Capital Markets, LLC are overruled with prejudice.

APPROVED AS TO FORM AND CONTENT:

JEFFER, MANGELS, BUTLER & MARMARO, LLP


By  /s/   Walter Gouldsbury
    Walter Gouldsbury
    Attorneys for ORIX Capital Markets, LLC

**\*\* END OF ORDER\*\***

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

016079.0002\1404172.3

*ORDER OVER RULING OBJECTIONS TO EXEMPTION*   2